IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC, **Plaintiff,** v. FUJIFILM CORPORATION, **Defendant.** | Case No. 4:23-CV-00922-ALM |
| NIKON CORPORATION | Case No. 4:23-cv-00923-ALM |
| OLYMPUS CORPORATION ET AL. | Case No. 4:23-cv-00924-ALM |
| SAMSUNG ELECTRONICS CO., LTD. | Case No. 4:23-cv-00927-ALM |
| SONY CORPORATION | Case No. 4:23-cv-00928-ALM |

**PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule 4-3 and the parties' Scheduling Order in this matter, Plaintiff Optimum Imaging Technologies LLC ("Plaintiff" or "OIT") and Defendants Fujifilm Corporation, Nikon Corporation, Olympus Corporation, OM Digital Solutions, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Sony Corporation (collectively, "Defendants") hereby submit this Joint Claim Construction and Prehearing Statement.

**I.      P.R. 4-3(a)(1) Agreed Constructions**

The parties have been unable to agree on any constructions at this time. Should agreement on any terms be reached before the Claim Construction Hearing, the parties will promptly notify the Court.

## II. P.R. 4-3(a)(2) – Proposed Constructions for Disputed Claim Terms and Supporting Evidence

Exhibit A sets forth Plaintiff's proposed constructions for each disputed term, phrase, or clause of the asserted claims, and identifies intrinsic and extrinsic evidence on which Plaintiff intends to rely. Exhibit B sets forth Defendants' proposed constructions for each disputed term, phrase, or clause of the asserted claims, and identifies intrinsic and extrinsic evidence on which Defendants intend to rely.

Each party reserves the right to rely on any intrinsic or extrinsic evidence identified by the other party and any evidence that may be obtained through claim construction discovery. The parties' proposed claim constructions are subject to change as claim construction discovery progresses and the parties brief the issues. Each party reserves the right to supplement or amend its supporting evidence based on newly identified evidence including, but not limited to, evidence related to presentation of declarations or testimony.

## III. P.R. 4-3(a)(3) – Anticipated Length of Time for Claim Construction Hearing

Plaintiff anticipates that the Claim Construction Hearing will require approximately three (3) hours, with each side being allotted one and a half (1.5) hours for the claim construction hearing scheduled to begin at 9:00 a.m. on March 7, 2025.

Defendants anticipate three hours as the total length necessary for the Claim Construction Hearing that is currently scheduled to begin on 9:00 a.m. on March 7, 2025.

## IV. P.R. 4-3(a)(4) – Witnesses the Parties Propose to Call at Claim Construction Hearing

The parties do not plan to call any live witnesses at the claim construction hearing. The parties, however, may offer expert declarations in support to their claim construction briefs.

## V.     P.R. 4-3(a)(5) – Other Issues

Pursuant to P.R. 4-3(b), concurrent with this Joint Construction and Prehearing Statement, the parties will serve disclosures of expert testimony for any expert on which the party intends to rely to support its proposed claim construction or indefiniteness position or to oppose any other party's proposed claim construction or indefiniteness position. The parties estimate that the default page limits pursuant to P.R. 4-5(e) will be sufficient to brief the disputed terms.

Finally, Defendants respectfully request that the Court rule on the pending transfer motions and Fujifilm Corp.'s motion to dismiss for improper venue and lack of personal jurisdiction[1] in advance of the claim construction hearing.[2]

Dated: January 10, 2025

Respectfully submitted,

*/s/ Robert M. Harkins*

Robert M. Harkins
CA Bar No. 179525
**Cherian LLP**
2001 Addison St., Suite 275
Berkeley, CA 94704
bobh@cherianllp.com
Telephone: (510) 944-0190

---

[1] *See Optimum Imaging Technologies LLC v. FUJIFILM Corp.*, No. 4:23-cv-00922-ALM, Dkt. Nos. 17, 27 (E.D. Tex. Aug. 29, 2024); *Optimum Imaging Technologies LLC v. Nikon Corp.*, No. 4:23-cv-00923-ALM, Dkt. No. 23, (E.D. Tex. Aug. 29, 2024); *Optimum Imaging Technologies LLC v. Olympus Corporation, et al.*, No. 4:23-cv-00924-ALM, Dkt. No. 27 (E.D. Tex. Aug. 29, 2024); *Optimum Imaging Technologies LLC v. Samsung Electronics Co., Ltd. et al.*, No. 4:23-cv-00927-ALM, Dkt. No. 38 (E.D. Tex. Sep. 5, 2024); *Optimum Imaging Technologies LLC v. Sony Corp.*, No. 4:23-cv-00928-ALM, Dkt. No. 26 (E.D. Tex. Aug. 29, 2024).

[2] *In re Tracfone Wireless, Inc.*, 848 F. App'x 899, 900 (Fed. Cir. 2021) ("a trial court's failure to act on a fully briefed transfer motion that had been pending for approximately eight months while pressing forward with discovery and claim construction issues amounted to an arbitrary refusal to consider the merits of the transfer motion") (*citing In re Google*, No. 2015-138, 2015 U.S. App. LEXIS 16544, 2015 WL 5294800 (Fed. Cir. Jul. 16, 2015)).

Thomas M. Dunham
DC Bar No. 448407
Michael Woods
DC Bar No. 975433
**Cherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
tomd@cherianllp.com
michaelw@cherianllp.com
Telephone: (202) 838-1560

Hunter S. Palmer
TX Bar No. 24080748
**Cherian LLP**
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
hunterp@cherianllp.com
Telephone: (945) 205-0305

E. Leon Carter
lcarter@carterarnett.com
Texas Bar No. 00790361
Scott W. Breedlove sbreedlove@carterarnett.com
Texas State Bar No. 00790361
Monica Litle Goff
mgoff@carterarnett.com
Texas State Bar No. 24102101
Alexis Ritzer
aritzer@carterarnett.com
Texas State Bar No. 24115116
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

Roger D. Sanders
rsanders@somlaw.net
Elvin E. Smith III
elvinsmith@siebman.com
**SIEBMAN LAW, LLP**
Paul Brown Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
Telephone No. (903) 870-0070

Facsimile No. (903) 870-0066

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar no. 24042033
blake@themannfirm.com
**Mann | Tindel | Thompson**
11 E. Line Street, Suite 304
Tyler, TX 75702
Office 903-657-8540

**ATTORNEYS FOR PLAINTIFF OPTIMUM IMAGING TECHNOLOGIES LLC**


*/s/ Brian J. Prew*

Richard Edlin
New York Bar No. 2051696
Email: edlinr@gtlaw.com
Thomas D. Pease
New York Bar No. 2671741
Email: thomas.pease@gtlaw.com
Julie P. Bookbinder
New York Bar No. 4375259
Email: bookbinderj@gtlaw.com
Jeffrey R. Colin
New York Bar No. 4758272
Email: colinj@gtlaw.com
Brian J. Prew (pro hac vice)
New York Bar No. 4713467
Email: prewb@gtlaw.com
Wen Xue (pro hac vice)
New York Bar No. 5598008
Email: xuew@gtlaw.com
Kathryn E. Albanese
New York Bar No. 5748033
Email: katie.albanese@gtlaw.com
Mark Bhuptani
New York Bar No. 5926183
Email: mark.bhuptani@gtlaw.com
**GREENBERG TRAURIG LLP**
One Vanderbilt Avenue

New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Andrew R. Sommer
Virginia Bar No. 70304
Email: sommera@gtlaw.com
**GREENBERG TRAURIG LLP**
1750 Tysons Blvd., Suite 1000
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

*ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.*

*/s/ T. Vann Pearce, Jr.*
Steven J. Routh (DC Bar No. 376068)
Sten Jensen (DC Bar No. 443300)
T. Vann Pearce, Jr.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: srouth@orrick.com

Eric H. Findlay (TX Bar No. 00789886)
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: (903)534-1100
Fax: (903) 534-1137

Email: efindlay@findlaycraft.com

***ATTORNEYS FOR DEFENDANT FUJIFILM CORPORATION***

*/s/ John R. O'Donnell*
Keith B. Davis (State Bar No. 24037895)
Email: kbdavis@jonesday.com
**JONES DAY**
2727 N. Harwood St., Suite 500
Dallas, TX 75201
Telephone: (214) 220-3939

Marc S. Blackman (Illinois Bar No. 6236719)
Email: msblackman@jonesday.com
**JONES DAY**
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone: (312) 782-3939

John R. O'Donnell (California Bar No. 318054)
Email: jodonnell@jonesday.com
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939

***ATTORNEYS FOR DEFENDANT NIKON CORPORATION***

*/s/ Michael N. Rader*
Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 E SE Loop 323, Suite 430
Tyler, Texas 75701
903.705.1117 Phone
903.581.2543 Fax
ddacus@dacusfirm.com

Michael N. Rader (admitted pro hac vice)
**WOLF, GREENFIELD & SACKS, P.C.**
605 Third Avenue, 25th Floor
New York, NY 10158

617.646.8000 Phone
617.646.8646 Fax
mrader@wolfgreenfield.com

Hunter Keeton
Charles T. Steenburg (admitted pro hac vice)
Arden E. Bonzo (admitted pro hac vice)
Jie Xiang (admitted pro hac vice)
Marie McKiernan (admitted pro hac vice)
Emma Frank (admitted pro hac vice)
Kevin Li (admitted pro hac vice)
**WOLF, GREENFIELD & SACKS, P.C.**
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
hkeeton@wolfgreenfield.com
csteenburg@wolfgreenfield.com
abonzo@wolfgreenfield.com
jxiang@wolfgreenfield.com
mmckiernan@wolfgreenfield.com
efrank@wolfgreenfield.com
kli@wolfgreenfield.com

*ATTORNEYS FOR DEFENDANT SONY CORPORATION*

*/s/ Amanda S. Williamson*
Amanda S. Williamson (admitted pro hac vice)
Illinois Bar No. 6280051
Karon Fowler
California Bar No. 308145
Liya Levin (admitted pro hac vice)
Illinois Bar No. 6346018
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: 312.324.1000
Facsimile: 312.324.1001
amanda.williamson@morganlewis.com
karon.fowler@morganlewis.com
liya.levin@morganlewis.com

Melissa M. Story

         Texas Bar No. 24116816
         **MORGAN, LEWIS & BOCKIUS LLP**
         1000 Louisiana St., Suite 4000
         Houston, TX 77002-5006
         Telephone: 713.890.5151
         Facsimile: 713.890.5001
         melissa.story@morganlewis.com

         ***ATTORNEYS FOR DEFENDANTS***
         ***OLYMPUS CORPORATION AND OM***
         ***DIGITAL SOLUTIONS***